## FREEMAN v. THOMPSON.

A deed of lands of which the grantor is disseized is void,

ACTION of ejectment. Plea — Not guilty. Issue to the court. The plaintiff's title was a deed from Libret, who had an execution against said Thompson, which was levied upon this land, and appraised off in satisfaction of it; Thompson claimed that the levy of said execution was irregular and continued in possession holding and claiming said land against said levy, at the time when said deed was executed to the plaintiff. The defendant offered proof to show that one of the appraisers, who was appointed by a justice of the peace was not a proper person to be an appraiser; and by the court the proof was admitted.

Judgment — That the defendant is not guilty upon the principle that the deed from Libret to the plaintiff, is void by the statute, the grantor being dispossessed and disseized by the defendant at the time of his executing the deed. See Holbrook v. Lucas, New Haven, August Term, 1790.